IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 11-cr-00272-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. BILLY RAY JACKSON,

  Defendant.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

  This will confirm that a status/scheduling hearing regarding Defendant Jackson is set **Tuesday, November 1, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: October 25, 2011