IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 11-cr-00272-LTB

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

1. BILLY RAY JACKSON,

　　　Defendant.

---

## ORDER

---

　　　For the reasons set forth on the record at the hearing held on November 9, 2011, IT IS HEREBY ORDERED that

　　　1. Defendant's Unopposed Motion to Exclude Time and for Ends of Justice Continuance Under the Speedy Trial Act [Doc # 17] is GRANTED, and 90 days shall be excluded from the speedy trial clock; and

　　　2. A further status and scheduling hearing is set for Wednesday, January 4, 2012 at 9:00 a.m.

Dated: November __9__, 2011, in Denver, Colorado.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/Lewis T. Babcock
　　　　　　　　　　　　　　　　　　LEWIS T. BABCOCK, JUDGE