IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 11-cr-00272-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    BILLY RAY JACKSON,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that Defendant's Motion to Suppress Statements shall be filed **by April 11, 2012**. Government's response is due **May 9, 2012**.

      A further scheduling hearing regarding Defendant Jackson is set **Tuesday, May 15, 2012 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: April 11, 2012