**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00272-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    BILLY RAY JACKSON,

      Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


This will confirm that as a result of the Court's trial schedule, the sentencing hearing regarding Defendant Jackson set **Tuesday, August 28, 2012 is VACATED and RESET for Wednesday, September 5, 2012 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.


Dated:  August 27, 2012

---